

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ralph Lee, Appellant

No. 06-22-00049-CV      v.

Tom Jorgenson, Appellee

Appeal from the 220th District Court of Hamilton County, Texas (Tr. Ct. No. CV13919). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Morriss* participating. *Chief Justice Morriss, III, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We the affirm the trial court's directed, take-nothing judgment.

We further order that the appellant, Ralph Lee, pay all costs incurred by reason of this appeal.

RENDERED JANUARY 11, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk